IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 19-mj-8072-GCS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **FILED** |
| MAXIMILIANO FELIX-LUGO | ) | |
| | ) | JUN 0 7 2019 |
| Defendant. | ) | CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE |

## CRIMINAL COMPLAINT

I, Shawn Witt, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about November 18, 2016, in Madison County, within the Southern District of Illinois,

**Maximiliano Felix-Lugo,**

defendant herein, an alien who had previously been arrested and removed from the United States to Mexico pursuant to law most recently at San Luis, Arizona on July 1, 2016, and who after such date had not received consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States, was found in the United States in the Southern District of Illinois in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (hereinafter ICE), and that I have been so employed since December 1, 2002.   My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act.

I have recently investigated the suspected unlawful presence in the United States of Maximiliano Felix-Lugo.   According to official records maintained by ICE, *i.e.*, the ICE "A-File" maintained on Maximiliano Felix-Lugo, Felix-Lugo is a Mexican national who was previously deported from the United states to Mexico most recently at San Luis, Arizona on July 1, 2016.

On November 18, 2016, The Illinois State Police in Madison County, Illinois, contacted Immigration and Customs Enforcement to confirm the identity of Felix-Lugo after his arrest for Unlawful Possession with Intent to Deliver a Controlled Substance. Felix-Lugo was found to have been removed from the United States on numerous occasions. An ICE detainer was placed on Felix-Lugo at that time, and he remained in custody at the Madison County Jail for his local charges.

On August 21, 2018, Felix-Lugo was convicted in Madison County, Illinois, of the above charge and sentenced to five years imprisonment in the Illinois Department of Corrections. Custody of Felix-Lugo was then transferred to the Illinois Department of Corrections at Pontiac, Illinois, for Felix-Lugo to serve the remainder of his sentence.   An ICE detainer remained on file with the facility.

On May 17, 2019, ICE Agents in Chicago, Illinois took administrative custody of Felix-Lugo after the completion of his sentence. Felix-Lugo was then processed for removal from the United States to Mexico, which remains pending.

According to official records maintained by ICE, Maximiliano Felix-Lugo has never received the permission of U.S. authorities to enter or reside in the United States lawfully.

Based on the above information, it appears that Maximiliano Felix-Lugo is an alien who was found in the United States after having been previously deported from the United States to Mexico, all in violation of 8 U.S.C. §§ 1326(a).

2

FURTHER AFFIANT SAYETH NAUGHT.


SHAWN WITT
Deportation Officer
Immigration and Customs Enforcement


State of Illinois            )
                             )   SS.
County of St. Clair          )

          Sworn to before me, and subscribed in my presence on the ____7th____ day of June

20_19_, at East St. Louis, Illinois.

_____
GILBERT C. SISON
United States Magistrate Judge


_____
STEVEN D. WEINHOEFT
United States Attorney


_____
DANIEL T. KAPSAK
Assistant United States Attorney

3